JULIA MURPHY, Respondent, *v.* DELIA LYONS et al., Defendants and EDWARD W. RIDER et al., Appellants.

Reported below, 158 App. Div. 905.
(Submitted February 23, 1914; decided March 3, 1914.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered July 25, 1913, affirming a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term in an action to set aside a deed upon the ground of fraud and for an accounting.

The motion was made upon the ground that the judgment of the Appellate Division was not appealable of right to the Court of Appeals and that permission to appeal had not been obtained.

*Charles Foley* for motion.

*J. Hunter Lack* opposed.·

Motion denied, with ten dollars costs.